1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3

4

5

6

7

8

WILFREDO REYES III,

        Plaintiff

        v.

TRINITY STAFF, *et al.,*

        Defendants.

Case No.  2:20-cv-02110-JAD-EJY

**ORDER**

9

**I.**  **DISCUSSION**

10

11

12

13

On November 16, 2020, Plaintiff, an inmate in the custody of the Clark County Detention Center ("CCDC"), submitted a civil rights complaint under 42 U.S.C. § 1983.  (ECF No. 1-1). Plaintiff has neither paid the full $400 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

14

15

16

17

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

18

19

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

20

21

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

22

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

23

24

25

26

The Court grants Plaintiff a **one-time** extension to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents,  or in the alternative, pay the full $400 filing fee for this action on or before **January 19, 2021**. Absent unusual circumstances, the Court will not grant any further extensions of time.

27

28

1    If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with

2  all three required documents or pay the full $400 filing fee on or before **January 19, 2021**, this case

3  will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when

4  Plaintiff is either able to acquire all three of the documents needed to file a fully complete application

5  to proceed *in forma pauperis* or pays the full $400 filing fee.

6    A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case

7  with the Court, under a new case number, when Plaintiff has all three documents needed to submit

8  with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff may choose not to file an

9  application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or before

10  **January 19, 2021** to proceed with this case.

11    The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not

12  file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in*

13  *forma pauperis* with all three documents or pays the full $400 filing fee.

**II.    CONCLUSION**

14    For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court shall send

15  Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the

16  document entitled information and instructions for filing an *in forma pauperis* application.

17    IT IS FURTHER ORDERED that on or before **January 19, 2021**, Plaintiff shall either pay

18  the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50

19  administrative fee) or file with the Court:

20    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's

21    approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page

22    3),

23    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official

24    (i.e. page 4 of this Court's approved form), and

25    (3) a copy of the **inmate's prison or jail trust fund account statement for the previous**

26    **six-month period**.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **January 19, 2021**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No.1-1) but will not file it at this time.

DATED this 19th day of November, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

- 3 -